## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACEY T. RIDOLFI,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **No. 1:15-cv-00859** |
| | : | |
| | : | **(Judge Kane)** |
| **STATE FARM MUTUAL** | : | |
| **AUTOMOBILE INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 19th day of November, 2015, **IT IS HEREBY ORDERED THAT**

Defendant's motion to dismiss (Doc. No. 8) is **GRANTED**, as follows:

1. Plaintiff's bad faith claim (count one) is dismissed without prejudice.

2. Plaintiff's UTPCPL claim (count three) is dismissed with prejudice.

3. Plaintiff's MVFRL claim (count four) is dismissed without prejudice.

4. If she chooses, Plaintiff may file an amended complaint addressing the pleading deficiencies identified herein within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED THAT** Plaintiff's motion to schedule oral argument on

Defendant's 12(b)(6) motion to dismiss (Doc. No. 13) is **DENIED**.

 S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania